**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00031-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ROBERT PENA,

    Defendant.

**MINUTE ORDER**[1]

    On **November 12, 2010**, commencing at 9:30 a.m., the court shall conduct a supervised release violation hearing in this matters. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: September 20, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.