**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00031-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL ROBERT PENA,

      Defendant.

---

## MINUTE ORDER[1]

---

      On January 13, 2011, the court conducted a telephonic setting conference to set a hearing on the Revocation of Supervised Release hearing. After conferring with counsel and with their consent,

      **IT IS ORDERED** as follows:

      1. That on **April 8, 2011**, commencing at 11:00 a.m., the court shall conduct a Revocation of Supervised Release Hearing; and

      2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: January 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.