**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  04-cr-00031-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL ROBERT PENA,

      Defendant.

## MINUTE ORDER[1]

      On **October 17, 2011**, commencing at 9:00 a.m., the court shall conduct a revocation of supervised release hearing in this matter.  Counsel may contact chambers in either late August or early September of this year to determine if this matter could be moved up on the court's docket.

      **IT IS ORDERED** that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing on October 17, 2011.

      Dated:  June 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.